AUSA Castillo
**FILED**
February 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kk_____
DEPUTY

# United States District Court

For the Western District of Texas
Austin Division

| | |
|---|---|
| United States of America, v. **Jose Manuel Becerra-Perez** Aka: Jose Manuel Becerra Perez, Jose Manuel Manuel Becerra Perez, Jose Perez, Jose Manuel Perez | Case Number: **1:26-MJ-00147** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 09, 2022**, in the county of **Travis**, in the Western District of Texas, the defendant, **Jose Manuel Becerra-Perez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 09, 2022**, the defendant, an alien, was found in the Travis County Jail, in Austin, Texas, within the Western District of Texas**.** A deportation officer identified the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **February 27, 2019**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____#10992_____
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| February 05, 2026 | at | Austin, Texas |
|---|---|---|
| Date | | City and State |

Mark Lane
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer