FILED
February 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kk_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JOSE MANUEL BECERRA-PEREZ<br>Defendant | **INFORMATION**<br><br>[Ct. 1: 8 U.S.C. § 1326 – Illegal Reentry]<br>1:26-CR-00081-RP |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### Illegal Reentry
### [8 U.S.C. § 1326]

On or about December 23, 2025, in the Western District of Texas, Defendant,

JOSE MANUEL BECERRA-PEREZ,

an alien, was found in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about February 27, 2019, and Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security.

    In violation of 8 U.S.C. § 1326.

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: /s/ Daniel M. Castillo
    DANIEL M. CASTILLO
    ASSISTANT UNITED STATES ATTORNEY